# EXHIBIT C

## Ben-Sorek, Liora M

| | |
|---|---|
| **From:** | Ben-Sorek, Liora M |
| **Sent:** | Friday, July 1, 2016 4:25 PM |
| **To:** | Fred Brewington |
| **Subject:** | Sharpe v. County of Nassau, et al. |
| **Attachments:** | Letter to Plaintiff's Counsel re Unsealing and Confidentiality, 7-1-16.pdf; Stipulation and Authorization to Unseal Criminal Records (2).pdf; Confidentiality Agreement (Draft).pdf |

Please see attached.

*Liora M. Ben-Sorek*
Deputy Bureau Chief
Litigation Bureau
Nassau County Attorney's Office
One West Street
Mineola, New York
Phone (516) 571-3014
Fax (516) 571-3058

*All material contained in this e-mail, including attachments, is privileged and intended solely for the person to whom the e-mail has been addressed.* This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by attorney-client, work product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.

1

| EDWARD P. MANGANO<br>County Executive |  | CARNELL T. FOSKEY<br>County Attorney |
|---|---|---|

COUNTY OF NASSAU
OFFICE OF THE COUNTY ATTORNEY
One West Street
Mineola, New York 11501-4820
516-571-3056
FAX: 516-571-6604
WRITER'S DIRECT LINE: 516-571-3014

July 1, 2016

**Via E-Mail**

Frederick K. Brewington, Esq.
556 Peninsula Boulevard
Hempstead, New York 11550

    Re: Dolores Sharpe v. County of Nassau, et al.
       <u>CV-15-6446 (ADS) (AYS)</u>

Dear Mr. Brewington:

  This letter is sent as a follow-up to last week's Initial Conference. As you are aware, the parties are to exchange Rule 26(a) disclosures by July 6 and to submit a joint status letter advising the Court on our progress concerning a confidentiality agreement.

  In light of Ms. Sharpe's acquittal, her records are sealed pursuant to CPL § 160.50. The District Attorney's Office and Police Department will not release their files to our office absent a stipulation, authorization or order to unseal. In that regard, our office had provided you with a proposed stipulation and authorization which you rejected because it contains language that the materials would be used in connection with this case alone and the parties would keep it confidential. Your rejection/objection was also partly based on the fact that you already possess many documents as a result of representing Ms. Sharpe in the criminal matter. What you perhaps have not understood is that this office has not been able to obtain DA and Police Department records because of the 160.50 sealing.

  Thus, the first order of business is to obtain a stipulation and/or authorization to access Ms. Sharpe's records, including but not limited to the Internal Affairs Unit investigation into her allegations of misconduct against the defendant officers. For your convenience, attached herewith is another copy of the stipulation and authorization to unseal.

Next, we will have to address the issue of confidentiality in general. In that regard, please find attached a proposed Stipulation and Order of Confidentiality. After your review, if you still object to terms of confidentiality, please call me so we can discuss. We are required to submit a joint letter to Magistrate Shields by next Friday setting forth the status of these issues.

Best wishes for a happy and safe 4th of July.

Very truly yours,

Liora M. Ben-Sorek
Deputy County Attorney

Enclosure

## Ben-Sorek, Liora M

**From:** Ben-Sorek, Liora M
**Sent:** Thursday, July 7, 2016 5:03 PM
**To:** Fred Brewington
**Subject:** Sharpe v. County of Nassau, et al.

Dear Mr. Brewington:

    Just a reminder that we are required to file a joint letter by tomorrow apprising the Court of the status of a confidentiality agreement in connection with the above-referenced matter.

    Last week I had sent you a proposed agreement as well as another copy of a stipulation and agreement to unseal Ms. Sharpe's PD and DA files.

Very truly yours,

Liora Ben-Sorek

*Liora M. Ben-Sorek*
Deputy Bureau Chief
Litigation Bureau
Nassau County Attorney's Office
One West Street
Mineola, New York
Phone (516) 571-3014
Fax (516) 571-3058

*All material contained in this e-mail, including attachments, is privileged and intended solely for the person to whom the e-mail has been addressed.* This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by attorney-client, work product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.

## Ben-Sorek, Liora M

**From:** Fred Brewington <fred@brewingtonlaw.com>
**Sent:** Thursday, July 7, 2016 10:35 PM
**To:** Ben-Sorek, Liora M
**Cc:** Precilla Lockett; Rosemarie Walker
**Subject:** Re: Sharpe v. County of Nassau, et al.

Call you in the earlier part of the day.

Sent from my iPhone

On Jul 7, 2016, at 5:03 PM, Ben-Sorek, Liora M <lben-sorek@nassaucountyny.gov> wrote:

> Dear Mr. Brewington:
>
> Just a reminder that we are required to file a joint letter by tomorrow apprising the Court of the status of a confidentiality agreement in connection with the above-referenced matter.
>
> Last week I had sent you a proposed agreement as well as another copy of a stipulation and agreement to unseal Ms. Sharpe's PD and DA files.
>
> Very truly yours,
>
> Liora Ben-Sorek
>
> *Liora M. Ben-Sorek*
> Deputy Bureau Chief
> Litigation Bureau
> Nassau County Attorney's Office
> One West Street
> Mineola, New York
> Phone (516) 571-3014
> Fax (516) 571-3058
>
> *All material contained in this e-mail, including attachments, is privileged and intended solely for the person to whom the e-mail has been addressed.* This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by attorney-client, work product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.

## Ben-Sorek, Liora M

**From:** Ben-Sorek, Liora M
**Sent:** Monday, July 11, 2016 9:32 AM
**To:** Fred Brewington
**Subject:** FW: Activity in Case 2:15-cv-06446-ADS-AYS Sharpe v. County Of Nassau et al Scheduling Order

Dear Mr. Brewington:

     Not having heard from you by last Friday, I endeavored to submit a letter to the Court (per the Court's directive) providing a status of the case. I also requested additional time within which to provide a proposed discovery schedule and to work out the issue of sealed records and a confidentiality agreement.

     I await to hear back from you regarding these open issues.

Very truly yours,

Liora Ben-Sorek

**From:** ecf_bounces@nyed.uscourts.gov [mailto:ecf_bounces@nyed.uscourts.gov]
**Sent:** Monday, July 11, 2016 9:27 AM
**To:** nobody@nyed.uscourts.gov
**Subject:** Activity in Case 2:15-cv-06446-ADS-AYS Sharpe v. County Of Nassau et al Scheduling Order

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 7/11/2016 at 9:26 AM EDT and filed on 7/11/2016
**Case Name:**    Sharpe v. County Of Nassau et al
**Case Number:**    2:15-cv-06446-ADS-AYS
**Filer:**
**Document Number:** No document attached

Docket Text:
**Electronic ORDER: Counsel are directed to submit a proposed discovery scheduling order for this Court's review by 7/15/16. Additionally, a status conference is scheduled for 8/22/2016 10:30 AM in Courtroom 830 before Magistrate Judge Anne Y. Shields. If Counsel are unavailable on that date, they may make a motion to adjourn, which shall include three suggested agreed upon dates for the adjournment. So Ordered by Magistrate Judge Anne Y. Shields on 7/11/2016. (Casalini, Rosalinde)**

**2:15-cv-06446-ADS-AYS Notice has been electronically mailed to:**

Frederick K. Brewington     fred@brewingtonlaw.com, brewingtonlawdocs@yahoo.com, office@brewingtonlaw.com, precilla.lockett@brewingtonlaw.com

Liora M. Ben-Sorek     lben-sorek@nassaucountyny.gov, ncao@nassaucountyny.gov

**2:15-cv-06446-ADS-AYS Notice will not be electronically mailed to:**

## Ben-Sorek, Liora M

| | |
|---|---|
| **From:** | Fred Brewington <fred@brewingtonlaw.com> |
| **Sent:** | Monday, July 11, 2016 10:23 AM |
| **To:** | Ben-Sorek, Liora M |
| **Cc:** | Precilla Lockett |
| **Subject:** | RE: Activity in Case 2:15-cv-06446-ADS-AYS Sharpe v. County Of Nassau et al Scheduling Order |

Thank you. I will review and respond as soon as I can.

---

**From:** Ben-Sorek, Liora M [lben-sorek@nassaucountyny.gov]
**Sent:** Monday, July 11, 2016 9:31 AM
**To:** Fred Brewington
**Subject:** FW: Activity in Case 2:15-cv-06446-ADS-AYS Sharpe v. County Of Nassau et al Scheduling Order

Dear Mr. Brewington:

Not having heard from you by last Friday, I endeavored to submit a letter to the Court (per the Court's directive) providing a status of the case. I also requested additional time within which to provide a proposed discovery schedule and to work out the issue of sealed records and a confidentiality agreement.

I await to hear back from you regarding these open issues.

Very truly yours,

Liora Ben-Sorek

**From:** ecf_bounces@nyed.uscourts.gov [mailto:ecf_bounces@nyed.uscourts.gov]
**Sent:** Monday, July 11, 2016 9:27 AM
**To:** nobody@nyed.uscourts.gov
**Subject:** Activity in Case 2:15-cv-06446-ADS-AYS Sharpe v. County Of Nassau et al Scheduling Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** **Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**
**Eastern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 7/11/2016 at 9:26 AM EDT and filed on 7/11/2016
**Case Name:**   Sharpe v. County Of Nassau et al
**Case Number:**  2:15-cv-06446-ADS-AYS
**Filer:**

1

**Document Number:** No document attached

**Docket Text:**
**Electronic ORDER: Counsel are directed to submit a proposed discovery scheduling order for this Court's review by 7/15/16. Additionally, a status conference is scheduled for 8/22/2016 10:30 AM in Courtroom 830 before Magistrate Judge Anne Y. Shields. If Counsel are unavailable on that date, they may make a motion to adjourn, which shall include three suggested agreed upon dates for the adjournment. So Ordered by Magistrate Judge Anne Y. Shields on 7/11/2016. (Casalini, Rosalinde)**

**2:15-cv-06446-ADS-AYS Notice has been electronically mailed to:**

Frederick K. Brewington    fred@brewingtonlaw.com, brewingtonlawdocs@yahoo.com, office@brewingtonlaw.com, precilla.lockett@brewingtonlaw.com

Liora M. Ben-Sorek    lben-sorek@nassaucountyny.gov, ncao@nassaucountyny.gov

**2:15-cv-06446-ADS-AYS Notice will not be electronically mailed to:**

2

## Ben-Sorek, Liora M

| | |
|---|---|
| **From:** | Precilla Lockett <precilla.lockett@brewingtonlaw.com> |
| **Sent:** | Thursday, July 28, 2016 9:43 AM |
| **To:** | Ben-Sorek, Liora M |
| **Cc:** | Fred Brewington |
| **Subject:** | Re: Sharpe v. County of Nassau, et al. |

Hi Liora:
I am not in the office today. I am providing Mr Brewington with a copy of this email so that you and he can discuss this matter.

Thank you

Sent from my iPhone

On Jul 28, 2016, at 9:37 AM, Ben-Sorek, Liora M <lben-sorek@nassaucountyny.gov> wrote:

> Precilla:
>
> Good morning. I'm writing to remind you that we still have not received plaintiff's initial disclosures, an authorization and/or stipulation to unseal Ms. Sharpe's PD and DA files, and a signed confidentiality order. Initial Disclosures were originally due by July 6. At your office's request, we extended that date until July 25.
>
> Without the relevant files being unsealed, I am unable to access records related to the alleged incidents which underlie this civil proceeding. Consequently, there are no records for me to furnish in the Phase I Discovery as anticipated by Magistrate Judge Shields.
>
> Please provide me with a status.
>
> Regards,
>
> Liora
>
> *Liora M. Ben-Sorek*
> Deputy Bureau Chief
> Litigation Bureau
> Nassau County Attorney's Office
> One West Street
> Mineola, New York
> Phone (516) 571-3014
> Fax (516) 571-3058
>
>
> *All material contained in this e-mail, including attachments, is privileged and intended solely for the person to whom the e-mail has been addressed.* This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by attorney-client, work product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination,

1

forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.

## Ben-Sorek, Liora M

**From:** Ben-Sorek, Liora M
**Sent:** Monday, August 29, 2016 12:50 PM
**To:** Fred Brewington; Precilla Lockett (precilla.lockett@brewingtonlaw.com)
**Subject:** Sharpe v. County of Nassau, et al.

Dear Mr. Brewington:

Thank you, again, for your consideration in adjourning last week's conference.

Pursuant to Magistrate Shields' Order, we must file a letter by September 1 providing 3 dates when we are available to have the conference re-scheduled.

In that regard, please let us know of dates when you are available. Also, there are some issues that need resolution, such as a confidentiality agreement and Plaintiff's Rule 26(a) disclosures. Phase I discovery was to have been exchanged by last Friday. I am reviewing the documents which have been received from my clients so far and determining whether they would be subject to a confidentiality provision or not.

Looking forward to hearing back from you.

Very truly yours,

Liora

*Liora M. Ben-Sorek*
Deputy Bureau Chief
Litigation Bureau
Nassau County Attorney's Office
One West Street
Mineola, New York
Phone (516) 571-3014
Fax (516) 571-3058

*All material contained in this e-mail, including attachments, is privileged and intended solely for the person to whom the e-mail has been addressed.* This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by attorney-client, work product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.