**LAURA CURRAN**
**County Executive**



**JARED A. KASSCHAU**
**County Attorney**

### COUNTY OF NASSAU
### OFFICE OF THE COUNTY ATTORNEY

May 31, 2018

**Via ECF**

Hon. Anne Y. Shields
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:     Sharpe v. County of Nassau, et al.
          CV-15-6446 (ADS) (AYS)

Dear Judge Shields:

This office represents Defendants County of Nassau, Nassau County Police Department, Police Officer Gladitz and former Police Commissioner Dale in the above-referenced action.  Pursuant to this Court's Electronic Order dated May 24, 2018, the within constitutes a continued status report as to the issue of defendant Charles Volpe's legal representation in this action.

Officer Volpe appealed the December 2017 decision of the Police Officer Indemnification Board to not indemnify him.  The appeal was heard and the Board reversed its prior decision.

We ask that the Court continue the stay of proceedings for an additional three weeks in order that we may confer with Officer Volpe and verify that he chooses to have the County Attorney's Office represent him.  In that regard, we have asked that he promptly be in contact with the undersigned.

Thank you for your time and attention to this matter.

Respectfully submitted,

*Liora M. Ben-Sorek*
Liora M. Ben-Sorek
Deputy County Attorney

cc:     Frederick K. Brewington, Esq. (Via ECF)