# THE LAW OFFICES OF
# FREDERICK K. BREWINGTON

*Attorneys and Counselors at Law*

556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 www.brewingtonlaw.com

**Frederick K. Brewington**                                                                     Oscar Holt III
**Cathryn Harris-Marchesi**
Tricia S. Lindsay
Julissa M. Proaño

October 28, 2019

**VIA ELECTRONIC CASE FILING**
Honorable Anne Y. Shields
United States Magistrate Judge
United States District Court
Eastern District of New York
Central Islip, New York 11722

       Re: *Sharpe v. County of Nassau, et.al.*
          Docket No.: CV-15-6446 (ADS)(AYS)

Dear Magistrate Judge Shields:

  We represent the Plaintiff in the above referenced action. We write to advise the Court of the current status of this case. The Parties have exchanged paper discovery but have not conducted any depositions. Plaintiff does anticipate retaining an economist and police practices experts. Further, Ms. Sharpe anticipates that there will be further discovery on her emotional damages including her pain and suffering created by her race and gender based treatment. Accordingly, the parties are not close to concluding discovery in this case. Recently, the Defendants have requested Plaintiff to provide them with a settlement demand and same is being formulated and will be transmitted to the Defendants this week.

  However, if settlement discussions are not fruitful, which is a distinct possibility, it will be necessary to conduct the depositions, so that the parties can give settlement a real chance is respectfully request that the parties be given a report back date approximately 45 days from now, at which time we can advise the Court of our status and if need be seek additional time to conclude the fact discovery in this case. We also ask that the upcoming conference be canceled.

  We thank the Court for its kind consideration.

            Respectfully submitted,
            */S/ Frederick K. Brewington*
            FREDERICK K. BREWINGTON

cc: Liora Ben-Sorek, Esq. (via ecf only)
FKB:lvo