# THE LAW OFFICES OF
# FREDERICK K. BREWINGTON

**Attorneys and Counselors at Law**
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 • www.brewingtonlaw.com

Frederick K. Brewington
Cathryn Harris-Marchesi
Tricia S. Lindsay
Albert D. Manuel III

Oscar Holt III
Of Counsel

April 13, 2020

**BY ECF**

Honorable Anne Y. Shields
United States Magistrate Judge
United States District Court
Eastern District of New York
Central Islip, New York 11722

   Re: **Sharpe v. County of Nassau, et. al.**
     **Docket No.: CV-15-6446 (GRB)(AYS)**

Dear Judge Shields:

  We write to advise the Court of the current status of the mediation process in which the parties are attempting to engage. By today, the parties were to have selected an mediator and advise the Court of the person selected. Unfortunately, we are not able to report that level of progress at this time. Due to number of parties, offices being closed, ability to promptly and fully confer with clients, there has been a delay in coordinating the selection of a mediator. Although there has been agreement on a process for moving forward to mediation, that process has been delayed. Accordingly, the parties jointly request an additional week to confer and then report back to Your Honor.

  We thank Your Honor for your consideration in this matter.

              Respectfully submitted,

              FREDERICK K. BREWINGTON

cc: Matthew J. Mehnert, Esq. (By ECF)
  James Murphy, Esq. (By ECF)
  Steven Stern, Esq. (By ECF)
FKB:pl