

**534 BROADHOLLOW ROAD, SUITE 210**
**PO BOX 9034**
**MELVILLE, NY 11747-9034**
**(631) 694.2300 • FAX: (631) 694.2309**

---
**SERVICE BY FAX, EMAIL OR OTHER FORMS OF ELECTRONIC COMMUNICATION NOT ACCEPTED**

**MATTHEW J. MEHNERT**
**PARTNER**

**DIRECT DIAL: (631) 414.5856**
**DIRECT FAX: (631) 454.3867**
**MJM@LAMBBARNOSKY.COM**

June 8, 2020

**By ECF**

Hon. Anne Y. Shields, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    **Sharpe v. County of Nassau, et al.**
                 **Docket No.: 15-cv-6446 (GRB)(AYS)**

Dear Judge Shields,

      This office is counsel to Defendants County of Nassau, Nassau County Police Department and Thomas Dale in the above-entitled action. Consistent with Your Honor's May 19, 2020 order, I write on behalf of all parties to advise that the parties held a mediation session on June 3, 2020. The mediation session was, however, unsuccessful and the parties do not anticipate that additional sessions will be fruitful at this time. For this reason, the parties request that the Court's referral of this case to mediation be terminated and the stay put into place during the referral be lifted. In addition, the parties request a conference before the Court for the purpose of establishing a schedule to complete outstanding discovery at the Court's convenience.

      The Court's continuing attention to this matter is greatly appreciated.

                              Respectfully submitted,

                              /s/

                            Matthew J. Mehnert

cc:    Frederick Brewington, Esq. (via ECF)
        James Murphy, Esq. (via ECF)
        Steven Stern, Esq. (via ECF)