

# THE LAW OFFICES OF
# FREDERICK K. BREWINGTON

*Attorneys and Counselors at Law*

556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 www.brewingtonlaw.com

**Frederick K. Brewington**                      **Oscar Holt III**
**Cathryn Harris-Marchesi**                **Of Counsel**
**Albert D. Manuel III**

August 4, 2020

<u>*VIA ELECTRONIC CASE FILING*</u>
Honorable Anne Y. Shields
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722-9014

      Re:    *Sharpe v. County of Nassau, et. al.*
                Docket No.: CV-15-6446 (GRB)(AYS)

Dear Judge Shields:

    As you are aware, we are the attorneys representing the Plaintiff in the above referenced matter. We wish to inform the Court that a member of our staff, Tricia S. Lindsay, Esq., has resigned. Accordingly, we respectfully request that her name be removed as an attorney for this matter.

    We thank the Court for its kind consideration.

                                              Respectfully submitted,

                                              */S/ Frederick K. Brewington*
                                              FREDERICK K. BREWINGTON

FKB:pl