

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514  PHONE (516) 334-4500  FAX (516) 334-4501  WWW.SOKOLOFFSTERN.COM

STEVEN C. STERN
SSTERN@SOKOLOFFSTERN.COM

July 19, 2021

Honorable Anne Y. Shields
United States Magistrate Judge
100 Federal Plaza
Central Islip, NY 11722

                Re:    *Sharpe v. County of Nassau, et al.*
                         Docket No. 15-cv-06446 (GRB)(AYS)
                         File No. 200018

Your Honor:

       This firm represents defendant Charles Volpe in the above referenced matter. I write in brief response to the letter from Mr. Brewington regarding plaintiff's request to reopen discovery.

       Counsel's letter is somewhat revisionist. Although document discovery had largely been completed long ago, at the end of December plaintiff served supplemental document requests for additional personnel records and internal affairs records of the individual defendants. Defense counsel timely served objections in January 2021. It was not until shortly before the depositions of Officers Volpe and Gladitz in March 2021 that Mr. Brewington first sought to confer with defense counsel regarding the objections. The County then agreed to produce the files (subject to reasonable redactions, e.g. medical information and personal information concerning non-parties, etc.) The County produced the files within a few weeks, by April 2, 2021.

       The additional files were largely irrelevant, as they dealt with incidents and investigations entirely unrelated to—and many that significantly post-dated—the events alleged in the complaint. Regardless, we agreed to briefly adjourn defendants' depositions to allow all parties the opportunity to review them. Since this Court had previously ordered there would be no further extensions of discovery, we anticipated plaintiff would seek to reschedule them in short order, and seek additional time to do so.

       But more than three months elapsed and we heard nothing, until Friday, July 9, 2021, when Mr. Brewington first raised an issue regarding the County's redactions. His assertion that the County's failure to provide a redaction log appears to be an excuse rather than a reason at this stage, while defendants are in the process of preparing our pre-motion submissions.

SOKOLOFF STERN LLP

Honorable Anne Y. Shields
July 19, 2021
Page 2 of 2

    Thank you for your consideration of this matter.

                            Very truly yours,

                            SOKOLOFF STERN LLP

                            STEVEN C. STERN

cc:
All parties via ECF