| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ENTRY |
|---|---|

BEFORE: ANNE Y. SHIELDS
       U.S. MAGISTRATE JUDGE

DATE: 7/22/21
TIME: 11:00 AM
FTR: 11:07-11:26

CASE: **CV 15-6446 (GRB) (AYS)** Sharpe v. County of Nassau, et al

TYPE OF CONFERENCE: Discovery

APPEARANCES:  Plaintiff    <u>Frederick Brewington</u>

               Defendant    Matthew Mehnert
                             Richard Zuckerman
                             Steven Stern
                             James Murphy

**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.

☐    Settlement conference scheduled for __ in courtroom 830 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.

☐    Proposed settlement pending: By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement. These letters will be kept confidential.

☐    The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

☒    Other: Conference held.

                                                      SO ORDERED

                                                  <u>/s/ Anne Y. Shields</u>
                                                  ANNE Y. SHIELDS
                                                  United States Magistrate Judge