| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ENTRY |
| BEFORE: ANNE Y. SHIELDS<br>           U.S. MAGISTRATE JUDGE | DATE: 9/28/2021<br>TIME: 12:00 NOON<br>FTR: 12:05-12:14 |

CASE: **CV 15-6446 (GRB) (AYS)** SHARPE V. COUNTY OF NASSAU, ET AL

TYPE OF CONFERENCE: DISCOVERY

APPEARANCES:   Plaintiff      <u>Frederick Brewington</u>

              Defendant    Matthew Mehnert
                           Steven Stern
                           James Murphy

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   Settlement conference scheduled for __ in courtroom 830 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.

☐   Proposed settlement pending: By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement. These letters will be kept confidential.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

☒   Other: Conference held.


                                          SO ORDERED

                                          /s/ Anne Y. Shields
                                          ANNE Y. SHIELDS
                                          United States Magistrate Judge