THE LAW OFFICES OF
# FREDERICK K. BREWINGTON

*Attorneys and Counselors at Law*
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 • www.brewingtonlaw.com

Frederick K. Brewington
Maria K. Dyson
Albert D. Manuel III

Oscar Holt III
Of Counsel

December 3, 2021

*VIA ELECTRONIC CASE FILING*
Honorable Anne Y. Shields
United States Magistrate Judge
United States District Court
Eastern District of New York
Central Islip, New York 11722

    Re:    *Sharpe v. County of Nassau, et. al.*
           *Docket No.: CV-15-6446 (GRB)(AYS)*

Dear Judge Shields:

    We represent Plaintiff in the above-captioned matter. Pursuant to Your Honor's Order dated September 28, 2021, the deadline for expert discovery in this action is December 6, 2021. Plaintiff is in the process of finalizing her expert report on the Plaintiff's economic losses. However, Plaintiff's expert needs two additional weeks, until December 20, 2021 to finalize this report. This is because it has taken time to locate financial and pension records from 2012 to the present. The parties respectfully request that all expert discovery be extended until January 28, 2022, to allow for sufficient time for the multiple attorneys to coordinate a mutually agreeable date for a deposition of the expert, and because of the holidays. Defendants have graciously consented to this request.

    We thank the Court for its kind consideration.

                Respectfully submitted,

                /s FREDERICK K. BREWINGTON

                FREDERICK K. BREWINGTON

cc:    Matthew Mehnert, Esq. (via ecf)
       James Murphy, Esq. (via ecf)
       Steven Stern, Esq. (via ecf)
FKB:md