

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514  PHONE (516)334-4500  FAX (516)334-4501  WWW.SOKOLOFFSTERN.COM

STEVEN C. STERN
SSTERN@SOKOLOFFSTERN.COM

April 16, 2022

VIA ECF
Honorable Gary R. Brown
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re: *Sharpe v. County of Nassau, et al.*
         15-CV-6446 (GRB)(AYS)
         File No. 200018

Your Honor:

  We represent defendant Charles Volpe in this this § 1983 false arrest case. I write to request permission to submit a three-page pre-motion letter in anticipation of defendant's motion for summary judgment. While I have been struggling to contain our arguments within two pages, it has proven a nearly impossible task to address the pertinent facts and each of the arguments in support of summary judgment.

  Thank you for your consideration of this request.

              Respectfully submitted,

              SOKOLOFF STERN LLP

              STEVEN C. STERN