# THE LAW OFFICES OF
# FREDERICK K. BREWINGTON

**Attorneys and Counselors at Law**
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 • www.brewingtonlaw.com

Frederick K. Brewington
Albert D. Manuel III

Of Counsel
Oscar Holt III
Jay D. Umans

April 19, 2022

**VIA ELECTRONIC CASE FILING**
Honorable Gary R. Brown
United States District Judge
United States District Court
Eastern District of New York
Central Islip, New York 11722

    Re:    *Sharpe v. County of Nassau, et. al.*
            Docket No.: CV-15-6446 (GRB)(AYS)

Dear Judge Shields:

We represent Plaintiff in the above-captioned matter. We write after receiving three letters seeking a pre-motion conference from the defense counsel in this case. Based on our review there are issues which, to some degree, overlap as presented by Defendants. Accordingly, rather than submit three separate letters in opposition of two pages each, we respectfully request permission to file a single letter of no more than six (6) pages in opposition to the three letters addressed to Your Honor by Defendants.

We thank the Court for its kind consideration.

                                              Respectfully submitted,
                                              /s *FREDERICK K. BREWINGTON*
                                              FREDERICK K. BREWINGTON

cc:    Matthew Mehnert, Esq. (via ecf)
        James Murphy, Esq. (via ecf)
        Steven Stern, Esq. (via ecf)
FKB:pl