

# LAMB & BARNOSKY, LLP
## ATTORNEYS AT LAW
TRUST. PERSONAL ATTENTION. RESULTS.

534 BROADHOLLOW ROAD, SUITE 210
PO BOX 9034
MELVILLE, NY 11747-9034
(631) 694.2300 • FAX: (631) 694.2309

SERVICE BY FAX, EMAIL OR OTHER FORMS OF
ELECTRONIC COMMUNICATION NOT ACCEPTED

MATTHEW J. MEHNERT
PARTNER

DIRECT DIAL: (631) 414.5856
DIRECT FAX: (631) 454.3867
MJM@LAMBBARNOSKY.COM

June 10, 2022

**By ECF**
Hon. Hector Gonzalez, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:   **Sharpe v. County of Nassau, et al.
       Docket No.: 15-cv-6446 (GRB)(AYS)**

Dear Judge Gonzalez,

    We are counsel to Defendants County of Nassau, Nassau County Police Department and Thomas Dale (collectively, "the County Defendants") in the above-entitled action. I write on behalf of all Defendants, and with Plaintiff's consent, to seek an extension of their time to submit a response to Plaintiff's Counter-Statement of Material Facts, which is presently due today and was ordered by Judge Brown on June 8, 2022.

    The reason for this request is due to the length of Plaintiff's Counter-Statement, which contains 124 new allegations to which all Defendants must respond. Counsel for Mr. Volpe is presently out of state while counsel for Mr. Gladitz has been engaged in previously scheduled court conferences and depositions this week. Unfortunately, I am presently dealing with a personal health issue that has limited my availability. For this reason, the Defendants request a two-week extension of time to submit its response, or by the close of business on June 24, 2022 and assuming that the Court requires such a response.

    The Court's continuing attention to this matter is greatly appreciated.

Respectfully submitted,

Matthew J. Mehnert

cc:   All Counsel of Record