UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
DOLORES SHARPE,

                                                                 Plaintiff,

                -against-

COUNTY OF NASSAU, NASSAU COUNTY
POLICE DEPARTMENT, CHARLES VOLPE, in his
individual and official capacities, VICTOR
GLADITZ, in his individual and official capacities
and Former Police Commissioner THOMAS DALE,
in his individual and official capacities,
                                                           Defendants.
-----------------------------------------------------------------------X

15-cv-06446 (GRB) (AYS)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE, that DANIEL R. AXELROD, an associate of the firm of SOKOLOFF STERN LLP, attorneys for defendant CHARLES VOLPE, hereby files this notice for purpose of receiving ECF alerts via email. This notice is not intended, and should not be construed, as a waiver of any jurisdictional defenses.

Dated: Carle Place, New York
        August 8, 2022

                                                            SOKOLOFF STERN LLP
                                                            *Attorneys for Defendant*
                                                             *Charles Volpe*

                                                              /s/ Daniel R. Axelrod
                                               _____
                By:   DANIEL R. AXELROD
                        179 Westbury Avenue
                        Carle Place, NY 11514
                        (516) 334-4500
                        File No. 200018

TO:    All Counsel Via ECF