

**THE LAW OFFICES OF**
# FREDERICK K. BREWINGTON

*Attorneys and Counselors at Law*
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 •
www.brewingtonlaw.com

<u>Frederick K. Brewington</u>  <u>Of Counsel</u>
Albert D. Manuel III  Oscar Holt III
Leah Jackson  Jay D. Umans
Cobia M. Powell

September 19, 2022

***VIA ELECTRONIC CASE FILING***
Honorable Hector Gonzalez
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *Sharpe v. County of Nassau, et. al.*
      Docket No.: CV-15-6446 (HG)(AYS)

Dear Judge Gonzalez:

 As your records reflect, we are the attorneys representing the Plaintiff, Dolores Sharpe, in the above referenced matter. We write to inform the Court that the parties have reached an agreement on the disposition of this case. The Defendants, through the County of Nassau, provided an Rule 68 Offer of Judgment which was voted on by the Nassau County Legislature prior to the Offer being extended. That Offer of Judgment was accepted by the Plaintiff. The proposed Judgment was drafted and edited to include the input from all parties. That document is hereby submitted to Your Honor for review, and if acceptable, your signature and entry. Accordingly, we provide the proposed Judgment with the agreed upon terms for your consideration and action.

 Thank you for your consideration in this matter.

               Respectfully submitted,

               *Frederick K. Brewington*
               FREDERICK K. BREWINGTON

FKB.rw
Encl.

cc: All Counsel by ECF