UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

DOLORES SHARPE,                                   **DOCKET NO.:**
                                                              **CV 15-6446 (HG) (AYS)**

                              *Plaintiff,*

                                                        **JUDGMENT IN A CIVIL CASE**

            -against-

COUNTY OF NASSAU,  NASSAU COUNTY
POLICE DEPARTMENT, CHARLES VOLPE,
in his individual and official capacities, VICTOR
GLADITZ, in his individual, and official capacities
and Former Police Commissioner THOMAS DALE,
in his individual and official capacities,

                             *Defendants.*
---------------------------------------------------------------X

**HECTOR GONZALEZ, U.S.D.J.:**

       Whereas, Defendant County of Nassau made an Offer of Judgment pursuant to Federal Rule of Civil Procedure 68, and agree to allow judgment to be entered against it in this action in the amount of six hundred and fifty thousand dollars ($650,000.00), inclusive of reasonable attorneys' fees accrued through the date of Plaintiffs' acceptance of this offer; and

       Whereas, the parties agreed that the fully amount of six hundred and fifty thousand dollars ($650,000.00), was to be paid by the County of Nassau in full and final resolution of all claims and issues raised in Plaintiffs' complaint and asserted against the Defendants, including but not limited to attorneys' fees and costs; and

       Whereas, this offer, and any judgment taken from it, was conditioned upon Plaintiff's acceptance and shall be in full satisfaction of all federal and state law claims and/or rights that Plaintiff may have to damages, and any other form of relief, arising out of the alleged acts or omissions of Defendants, and any employees, agents, either past or present, of the County of Nassau, any agency or department thereof, in connection with the facts and circumstances that are the subject of this action or which could have been brought in this action.; and

       Whereas, Plaintiff, through her Attorneys accepted the Offer of Judgment on August 24, 2022, which is acknowledged by all parties; and

       Whereas the offer was made solely for the purposes specified in Federal Rule of Civil Procedure 68 and is not to be construed as an admission of fault or liability on the part of any Defendant, official, employee, or agent of the County of Nassau, any agency or department thereof, nor is it an admission that Plaintiff has suffered any damages; and

Whereas, the acceptance of this Offer of Judgment will act to release and discharge all Defendants in this action; their successors and assigns; and all past and present officials, employees, representatives, and agents of the County of Nassau, including but not limited to Thomas Dale, Charles Volpe and Victor Gladitz, from any and all claims that were or could have been alleged by Plaintiff arising out of the facts and circumstances that are the subject of this action; and

Whereas, acceptance of this Offer of Judgment will also operate to waive any claim that Plaintiff may have to interest on the amount of any judgment resulting therefrom.

ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff and against defendant County of Nassau, in the amount of $ 650,000.00, jointly and severally, for compensatory damages.  Specifically Plaintiff has alleged emotional distress injuries, which all Defendants have contested.  However, it is agreed by the parties that the entire Judgment amount is being attributed to those emotional distress injuries claimed.

Dated: September   , 2022
Brooklyn, New York

_____

**Hector Gonzalez**
**United States District Judge**