# Frederick Brewington

| | |
|---|---|
| **To:** | Matthew J Mehnert; James Murphy; Steven Stern |
| **Cc:** | jmurphy@mhms-law.com; Daniel Axelrod; A. Shamel D. Manuel; Cobia Powell; Precilla Lockett; Leah Jackson |
| **Subject:** | RE: Sharpe v. County of Nassau--Acceptance of Offer of Judgment |

**From:** Matthew J Mehnert [mailto:mjm@LambBarnosky.com]
**Sent:** Thursday, August 25, 2022 6:40 AM
**To:** Frederick Brewington <fred@brewingtonlaw.com>; James Murphy <yankmurph@yahoo.com>; Steven Stern <sstern@sokoloffstern.com>
**Cc:** jmurphy@mhms-law.com; Daniel Axelrod <daxelrod@sokoloffstern.com>; A. Shamel D. Manuel <a.shamel.manuel@brewingtonlaw.com>; Cobia Powell <cobia.powell@brewingtonlaw.com>; Precilla Lockett <precilla.lockett@brewingtonlaw.com>; Leah Jackson <leah.jackson@brewingtonlaw.com>
**Subject:** Re: Sharpe v. County of Nassau--Acceptance of Offer of Judgment

Received and I have forwarded to the County. Can we talk on Monday when I am back in the office?

Matt

**From:** Frederick Brewington <fred@brewingtonlaw.com>
**Sent:** Wednesday, August 24, 2022 9:35 PM
**To:** Matthew J Mehnert <mjm@LambBarnosky.com>; James Murphy <yankmurph@yahoo.com>; Steven Stern <sstern@sokoloffstern.com>
**Cc:** jmurphy@mhms-law.com <jmurphy@mhms-law.com>; Daniel Axelrod <daxelrod@sokoloffstern.com>; A. Shamel D. Manuel <a.shamel.manuel@brewingtonlaw.com>; Cobia Powell <cobia.powell@brewingtonlaw.com>; Precilla Lockett <precilla.lockett@brewingtonlaw.com>; Leah Jackson <leah.jackson@brewingtonlaw.com>
**Subject:** RE: Sharpe v. County of Nassau--Acceptance of Offer of Judgment

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Dear Counsel,
 Consistent with Rule 68(a) of the Federal Rules of Civil Procedure, enclosed is our letter of formal acceptance of the Offer of Judgment provided to our office on August 10, 2022. Please let us know if you have any questions.

**FREDERICK K. BREWINGTON, ESQ.**
LAW OFFICES OF
FREDERICK K. BREWINGTON
556 Peninsula Boulevard
Hempstead, New York 11550
(516) 489-6959
e-mail: fred@brewingtonlaw.com
www.brewingtonlaw.com

**CONFIDENTIALITY NOTE:** The information contained in this e-mail transmission is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. Unauthorized review, use, disclosure or distribution is strictly prohibited. If you

1

are not the intended recipient, please contact the sender at (516) 489-6959, or by reply e-mail, and destroy all copies of the original message. Thank you.