

# THE LAW OFFICES OF
# FREDERICK K. BREWINGTON

*Attorneys and Counselors at Law*
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 •
www.brewingtonlaw.com

<u>Frederick K. Brewington</u>　　　　　　　　　　　　　　　　　　　　　<u>Of Counsel</u>
Albert D. Manuel III　　　　　　　　　　　　　　　　　　　　　　　　　Oscar Holt III
Leah Jackson　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jay D. Umans

August 24, 2022

**BY ELECTRONIC MAIL ONLY**
Matthew J. Mehnert
Lamb & Barnosky
534 Broadhollow Road, Suite 210
Melville, New York 11747

　　　Re:　Dolores Sharpe v County of Nassau, et al
　　　　　　Docket No.: CV-15-6446 (GRB)(AYS)

Dear Mr. Mehnert:

　　　As you are aware, our office represents the Plaintiff in the above captioned matter. While we have serious concerns with the document which was provided to our office as a Rule 68 Offer of Judgment on August 10, 2022, we have conferred with our client and have been instructed to accept the offer of $650,000.00 to bring this litigation to a close. We ask that you enter Judgment in this matter promptly and provide payment of the settlement funds. As you know Plaintiff has alleged emotional distress injuries, which all Defendants have contested. As part of this settlement, please be informed that the entire Judgment amount is being attributed to those emotional distress injuries claimed. We agree and that the designation is not and may not be considered as an admission on the part of the County Defendants. Accordingly, we ask that you accept this letter as our formal acceptance of the document purporting to be a Rule 68 Offer of Judgment.

　　　Should you have any questions, please contact this office.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Frederick K. Brewington*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　FREDERICK K. BREWINGTON

FKB;pl
cc: All Counsel by Electronic Mail